Núm. 7327.—Guijarro, aplte. *v.* Lluberas, aplda.—C. D. San Juan. ▮▮▮▮▮▮ Julio 30, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de la parte apelada para que se desestime el recurso por frívolo, examinados los alegatos de ambas partes, y resultando que el récord taquigráfico de la vista ante la corte de distrito,

presentado por la parte promovente, aun cuando está certificado por el taquígrafo-repórter no aparece que haya sido aprobado por el juez sentenciador, condición necesaria para que pueda ser aceptado y considerado por esta Corte Suprema como un documento auténtico:

POR TANTO, no estando esta corte en condiciones de poder dictaminar sobre la alegada frivolidad del recurso, se declara por ahora sin lugar la moción de desestimación.

El Juez Asociado Sr. Córdova Dávila no intervino.